MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

QaShontae Hosomla Short

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Michael Sullivan and all occupants; Kristin Robinson; Elio Oswasei; Carlene Zora; Glen Griffin, Sr.; Antonio Williams, Billy Wright

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-10998
Judge: Lawson, David M.
MJ: Patti, Anthony P.
Filed: 04-07-2025
CMP SHORT V. SULLIVAN ET AL (tt)

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

## Complaint for a Civil Case

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | QaShontae Hosomla Short |
| Street Address | 5313 Territorial rd., Unit 103 |
| City and County | Grand Blanc twp Genesee |
| State and Zip Code | Michigan 48439 |
| Telephone Number | (425) 292-8145 |
| E-mail Address | courtcases79@gmail.com |

    B. **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael Sullivan and all occupants |
| Job or Title (if known) | Unknown |
| Street Address | 5313 Territorial rd., Unit 207 |
| City and County | Grand Blanc twp Genesee |
| State and Zip Code | Michigan 48439 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | Kristin Robinson |
| Job or Title (if known) | Unknown |
| Street Address | 5313 Territorial rd., Unit 206 |
| City and County | Grand Blanc twp Genesee |
| State and Zip Code | Michigan 48439 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Elio Oswasei |
| Job or Title (if known) | Unknown |
| Street Address | 5313 Territorial rd., Unit 205 |
| City and County | Grand Blanc twp Genesee |
| State and Zip Code | Michigan 48439 |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

Defendant No. 4

| | |
|---|---|
| Name | Glen Griffin, Sr. |
| Job or Title (if known) | Housing |
| Street Address | 3007 Clement street |
| City and County | Flint Genesee |
| State and Zip Code | Michigan 48504 |
| Telephone Number | (810) 610-9593 |
| E-mail Address (if known) | Unknown |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
42 USC 12203; 18 USC 1956; 18 USC 1519; 18 USC 1365; 18 USC (d)(1); 18 USC 2118; 18 USC 2112

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual
   The plaintiff, *(name)* QaShontae Hosomla Short_____,
   is a citizen of the State of *(name)* Michigan_____.

   b.   If the plaintiff is a corporation
   The plaintiff, *(name)* _____,
   is incorporated under the laws of the State of *(name)*
   _____, and has its principal place of business in the
   State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
   The defendant, *(name)* Antonio Williams_____, is a citizen of the
   State of *(name)* North Carolina or Maryland. *Or* is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation
   The defendant, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____, and
   has its principal place of business in the State of *(name)*
   _____. *Or* is incorporated under the laws of
   *(foreign nation)* _____, and has its principal place
   of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

$100,000.00; I moved into my apartment on February 3, 2025 and My car was
parked and starting perfectly fine.  I went upstairs to unload the items from my
car came back downstairs and my truck had been damaged/vandalized and my
car was "dead" it would not start back up, then my cell phone stopped working
and wouldn't allow me to dial out.  I called the police over 12 times in the first

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.) I moved into Green Pine Acres apartments back in December of 2020.  Then I was having
similar issues of harassment and someone breaking and entering into my apartment but no signs
of forced entry.  At that time, I dated a guy named Billy Wright who I have since filed
restraining orders and lawsuits against.  Oddly, the exact same incidents are occurring at
Territorial rd., my current residence. 2.)  In Burton, I lived next door to a "Robinson" who lived
with is child's mother.  At the time there was a video circulating where a "Robinson" killed his
girlfriend on Facebook live.  I went to Saginaw to speak with unemployment about why my
claim hadn't been paid since 2020 and I had problems with a "Robinson" there in Saginaw at
the unemployment agency and I still have not received my unemployment payments. 3.) I have
been having many issues at my apartment as far as vandalism and breaking and entering and
again, there is a "ROBINSON" in the vicinity.  This appears to be at least the 3rd time a "
ROBINSON' has been in the vicinity where I am having problems and it appears to be violent
in nature as well as harassment. 4.) I was living with Mr, Griffin in 2023-2024, off and on and
the first part of January I kept seeing news paper articles about a "Griffin" killing or assaulting
his live in girlfriend named "Shontae" and Mr. Griffin and I have had our disputes. I attempted
to print the article which was sent to Mr. Griffin but it appears that many messages that have
been sent to Mr. Griffin has been deleted from my phone mysteriously. 5.) I have consistently
complained of food tampering and moved to North Carolina where Mr. Antonio appears to be a
certified nutritionist who would be well versed in the arena of tampering with food or altering
food additives for weight loss.  Mr. Griffin, Ms. Robinson and Mr. Wright all appear to have an
issue or have had an issue with weight management.  6.) Mr. Oswasei parks next to me in the
garage and has a big, black dog that has charged at me once so I refuse to open the door for him
and I believe he tampered my remote, garage door that is connected to my security cameras on
March 19, 2025. 7.) All of these problems appear to be stemming from some sort of retaliation
because I call the police or exercise my rights of FREEDOM OF SPEECH.  5.)  My luggage
was stolen in Delware and I was left in Delware by Grethpund and Glen Griffin, Sr. left me at

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 1.) I asks that the courts make all defendants pay their fair share of damages placed upon Ms. Short, QaShontae.  The law states I have a FREEDOM SPEECH and if I say something about anyone or anything and my neighbor over hears it and it was about them retaliation can cause them to have to pay damages. 2.) Carlene Zora appears to be from Rochester Hills where I used to live and had issues with hair products and a hair stylist wanted to do my hair but I refused to let them and when I first moved here I kept getting calls from a hair school asking me repeatedly if I was interested even after I declined and refused many times. 3.)  The management company appeared to have misuesed my credit report information by having my cellphone company demand full payment and my security company to take full payment even after I had arrangements with my cell phone and security alarm company. It appears that someone from the management company may be having sexual relations with my ex Glen Griffin, Sr. and she or he is maliciously attacking me and scapegoating.  My apartment and the house I lived in in Huntersville, North Carolina appears to be owned by the same last name of " STONE".  4.) Since I have lived at Territorial rd. a singer named ANGIE STONE has died in a fatal car accident and I sing loudly in my apartment regularly.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: <u>Monday April 7th</u>        , 20<u>25</u>    .

Signature of Plaintiff        _____

Printed Name of Plaintiff    <u>QaShontae Hosomla Short</u>

6

**Additional Information:**

1.)
https://www.kbzk.com/cnn-regional/2019/01/25/man-pleads-guilty-to-murder-live-streamed-on-social-media/  2.)
https://www.pbs.org/newshour/arts/grammy-nominated-rb-singer-angie-stone-dies-in-car-crash-at-age-6
3  3.)  https://www.lawrenceemoonfuneralhome.com/obituaries/glenn-moore-22/#!/TributeWall  4.)
https://flushingview.mihomepaper.com/articles/mother-son-convicted-in-2022-fatal-shooting-at-flint-tw
p-restaurant/

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
QaShontae Hosomia Short

**DEFENDANTS**
Michael Sullivan; Kristin Robinson; Elio Oswasei; Carlene Zora; Glen Griffin, Sr.; Antonio Williams; Billy Wright

**(b)** County of Residence of First Listed Plaintiff   Genesee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Genesee; Mecklenberg
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
QaShontae Hosomia Short (425) 292-8145

Attorneys *(If Known)*
N/A

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question *(U.S. Government Not a Party)*

☐ 2   U.S. Government Defendant

☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☒ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 1363; 15 USC 1681

Brief description of cause:
Vandalism of personal property, retaliation and malicious use of FCRA and personal information as well as Breaking and entering

**VII. REQUESTED IN COMPLAINT:**
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 100,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*

JUDGE   Honorable Berle M. Schiller

DOCKET NUMBER   2-14-cv-07368

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　■ No

If yes, give the following information:

Court: N/A _____

Case No.: N/A _____

Judge: N/A _____


2.　　　　Other than stated above, are there any pending or previously　　　■ Yes
　　　　　discontinued or dismissed companion cases in this or any other　　☐ No
　　　　　court, including state court? (Companion cases are matters in which
　　　　　it appears substantially similar evidence will be offered or the same
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)

If yes, give the following information:

Court: Mount Morris _____

Case No.: 2023-C23G1759-LT _____

Judge: Haley, Vikki Bayeh _____


Notes :