UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QASHONTAE HOSOMLA SHORT,

                Plaintiff,

v.

                Case Number 25-10998
                Honorable David M. Lawson
                Magistrate Judge Anthony P. Patti

MICHAEL SULLIVAN, KRISTIN ROBINSON,
ELIO OSWASEI, GLEN GRIFFIN, SR.,
CARLENE ZORA, ANTONIO WILLIAMS,
and BILLY WRIGHT,

                Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING THE COMPLAINT WITH PREJUDICE**

Presently before the Court is the report issued on June 11, 2025 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b) recommending that the Court exercise its screening authority under 28 U.S.C. § 1915(e)(2)(B) and dismiss the complaint with prejudice because it fails to plead any plausible claim for relief and sets forth purported causes of action that are frivolous. The deadline for filing objections to the report has passed, and the plaintiff has not objected to the recommended disposition. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 9) is **ADOPTED**, and the complaint is **DISMISSED WITH PREJUDICE** for failure to state any plausible claim for relief.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  July 8, 2025